IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONDRA SORIA,<br><br>Defendants. | CASE NO. 1:24-mj-00075 SKO<br><br>**ORDER UNSEALING INDICTMENT AS TO DEFENDANT ALONDRA SORIA** |

The United States has arrested the defendant, Alondra Soria, on an arrest warrant and the need for unsealing the indictment as to defendant Soria only has ceased;

IT IS THEREFORE ORDERED that the indictment and arrest warrant shall be unsealed as to defendant Alondra Soria only.

Dated: 6/13/2024

*Sheila K. Oberto*
HON. SHIELA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION                              1