IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br> vs.<br><br>ALONDRA SORIA<br><br>   *Defendant.* | Case No. 1:24-mj-0075 SKO<br><br>**ORDER TO EXONERATE CASH BOND.** |

  On June 14, 2024, Defendant, Alondra Soria was released on conditions, including $10,000 cash bond. Defendant was ordered to report to the United States District Court for the District of Illinois for further proceedings.  On July 12, 2024, this Court transferred relevant documents to the District of Illinois (ECF No. 13). On June 18, 2024, a cash bond of $10,000 was posted as to Alondra Soria.

  Given that Ms. Soria's case is now pending before the District of Illinois, the Court orders the Clerk of the Court to transfer the $10,000 cash bond to the District of Illinois.

IT IS SO ORDERED.

DATED: 7/18/2024

             *Sheila K. Oberto*
             UNITED STATES MAGISTRATE JUDGE